GLEASON, Respondent, v. JAMES CUNNINGHAM & SONS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) Action by Elizabeth Gleason, as, etc., against the James Cunningham & Sons Company. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal. *Held*, that the complaint is so comprehensive

that a cause of action is alleged against both defendants.